```
                        United States Bankruptcy Court
                         Eastern District of Arkansas
In re:                                                      Case No. 11-17053-jgm
Krystyna Samek                                              Chapter 7
        Debtor          CERTIFICATE OF NOTICE
District/off: 0860-4         User: admin              Page 1 of 2         Date Rcvd: Feb 22, 2012
                             Form ID: b18             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2012.
```
db         +Krystyna Samek,    4 Brennan Lane,    Little Rock, AR 72227-5727
4804581    +Access Crdt,    PO Box 250531,    Little Rock, AR 72225-0531
4804583    +Americas Servicing Co,    Attention: Bankruptcy,    Po Box 10328,    Des Moines, IA 50306-0328
4804590    +Derlis Martino, MD,    9601 Lile Drive, Suite 650,    Little Rock, AR 72205-6369
4804592    +Equifax Credit Information,    Services, Inc.,    PO Box 740241,    Atlanta, GA 30374-0241
4804593    +Experian,    PO Box 2002,    Allen, TX 75013-2002
4804598    +Mohela,    14528 South Outer Forty Road,    +RETURNED,    Chesterfield, MO 63017-5785
4804600    +Specialized Loan Servi,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
4804601    +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1590
4804602    +Transunion,    PO Box 2000,    Chester, PA 19016-2000
4804603    +Us Bk Rms Cc,    205 W 4th St,    Cincinnati, OH 45202-4824
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4804582     +EDI: BECKLEE.COM Feb 23 2012 00:23:00     American Express,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern, PA 19355-0701
4804584      EDI: ARKDEPREV.COM Feb 23 2012 00:23:00      Arkansas DF&A,    c/o Revenue Legal Counsel,
              PO Box 1272, Room 2380,    Little Rock, AR 72203-1272
4804584      E-mail/Text: dena.wood@dfa.arkansas.gov Feb 23 2012 00:41:29       Arkansas DF&A,
              c/o Revenue Legal Counsel,    PO Box 1272, Room 2380,    Little Rock, AR 72203-1272
4804585     +EDI: BANKAMER.COM Feb 23 2012 00:23:00      Bank Of America,    Attn: Bankruptcy NC4-105-03-14,
              PO Box 26012,    Greensboro, NC 27420-6012
4804586      EDI: CAPITALONE.COM Feb 23 2012 00:23:00      Capital One, N.a.,    Bankruptcy Dept,    PO Box 5155,
              Norcross, GA 30091
4804587     +EDI: CHASE.COM Feb 23 2012 00:23:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
4804588     +EDI: CITICORP.COM Feb 23 2012 00:23:00      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
4804589     +EDI: CITICORP.COM Feb 23 2012 00:23:00      Citibank Usa,    Citicard Credit Srvs/,
              Centralized Bankrup,    PO Box 20507,    Kansas City, MO 64195-0507
4804591     +EDI: DISCOVER.COM Feb 23 2012 00:23:00      Discover Fin,    PO Box 6103,
              Carol Stream, IL 60197-6103
4804594     +EDI: CITICORP.COM Feb 23 2012 00:23:00      Exxmblciti,    Attn.: Centralized Bankruptcy,
              PO Box 20507,    Kansas City, MO 64195-0507
4804595     +EDI: RMSC.COM Feb 23 2012 00:23:00      Gemb/suzuki,    PO Box 981400,    El Paso, TX 79998-1400
4804596     +E-mail/Text: HWIBankruptcy@hunterwarfield.com Feb 23 2012 00:43:48       Hunter Warfield,
              4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
4804597      EDI: IRS.COM Feb 23 2012 00:23:00      IRS,    Centralized Insolvency Op.,    P. O. Box 7346,
              Philadelphia, PA 19101-7346
4804599     +E-mail/Text: roberta.cranston@southerncollect.com Feb 23 2012 00:44:05       Southern Col,
              PO Box 25006,    Little Rock, AR 72221-5006
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0860-4          User: admin                Page 2 of 2              Date Rcvd: Feb 22, 2012
                              Form ID: b18               Total Noticed: 24

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2012 at the address(es) listed below:
              Lyndsey D. Dilks    on behalf of Debtor Krystyna Samek ldilks@bradhendricks.com,
               bhlfecfmail@gmail.com
              M. Randy Rice    randyrice2@sbcglobal.net,   office523c@sbcglobal.net;ar03@ecfcbis.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
                                                                                             TOTAL: 3
```

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Eastern District of Arkansas
Case No. **4:11−bk−17053**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Krystyna Samek
   4 Brennan Lane
   Little Rock, AR 72227

Social Security / Individual Taxpayer ID No.:
   xxx−xx−0056

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                        BY THE COURT

Dated: 2/21/12

                                        _(signature)_
                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

2/21/12